UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AUTO OWNERS INSURANCE
COMPANY,

      Plaintiff,

v.                                                      Case No: 2:18-cv-372-FtM-38MRM

STEPHEN HENKE,

      Defendant.
_____/

# **ORDER**[1]

This matter comes before the Court on Plaintiff's Motion for Voluntary Dismissal (Doc. 43) filed on December 17, 2018. No response has been filed by Defendant Stephen Henke who is proceeding *pro se* and the time to do so has expired.

This is a declaratory judgment action in which the underlying case has settled and been dismissed. Therefore, this case is now moot, and Plaintiff moves to voluntarily dismiss the remaining Defendant Stephen Henke. Mr. Henke previously filed an Answer to the Complaint (Doc. 29) but has failed to meet and confer with Plaintiff in order to finalize a stipulation of dismissal which requires his signature. Therefore, Plaintiff moves for dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(2) which

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

allows for the voluntary dismissal of a claim by order of the court "upon such terms and conditions as the court deems proper."

Because the issues before the Court are now moot and seeing no objection by Mr. Henke and no resulting prejudice to him, the Court will grant the dismissal.

Accordingly, it is now

**ORDERED:**

Plaintiff's Motion for Voluntary Dismissal (Doc. 43) is **GRANTED**. The Clerk is directed to enter judgment dismissing this case without prejudice as to Defendant Stephen Henke. Thereafter the Clerk shall terminate any pending deadlines and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 7th day of January, 2019.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record